# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-24-00438-CV

---

### In re Howard Bart Freidman

---

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

---

### M E M O R A N D U M   O P I N I O N

We deny Howard Bart Freidman's motion for emergency stay and petition for writ of mandamus. We dismiss as moot the real party in interest Deborah Jenkins's motion concerning filing amended or additional responses.

---

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Triana and Kelly

Filed: October 2, 2024